IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01951-SKC-MDB

JACQUELINE ARMENDARIZ and
CHINOOK CENTER,

    Plaintiffs,

v.

CITY OF COLORADO SPRINGS,
DANIEL SUMMEY, in his individual capacity,
B. K. STECKLER, in his individual capacity,
JASON S. OTERO, in his individual capacity,
ROY A. DITZLER, in his individual capacity,
FEDERAL BUREAU OF INVESTIGATION, and
UNITED STATES OF AMERICA,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order on Motions to Dismiss (Dkts. 49, 50, 51, 52) [ECF No. 103] of District Judge S. Kato Crews entered on April 10, 2024, it is

    ORDERED that judgment is hereby entered in favor of the defendants and against the plaintiffs. It is

    FURTHER ORDERED that this case is terminated.

    Dated at Denver, Colorado this 10th day of April, 2024.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

      s/C. Pearson, Deputy Clerk