IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01951-SKC-MDB

JACQUELINE ARMENDARIZ, and
CHINOOK CENTER,

      Plaintiffs,

v.

CITY OF COLORADO SPRINGS,
DANIEL SUMMEY, a detective with the Colorado Springs Police Department,
in his individual capacity,
B.K. STECKLER, a detective with the Colorado Springs Police Department,
in his individual capacity,
JASON S. OTERO, a sergeant with the Colorado Springs Police Department,
in his individual capacity,
ROY A. DITZLER, a police officer with the Colorado Springs Police Department,
in his individual capacity,
FEDERAL BUREAU OF INVESTIGATION, and
THE UNITED STATES OF AMERICA,

      Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Plaintiffs, Jacqueline Armendariz and Chinook Center, appeal to the United States Court of Appeals for the Tenth Circuit from the April 10, 2024 Final Judgment (Doc. No. 104), which entered judgment in favor of Defendants and against Plaintiffs, and terminated this action, and all orders relating to that judgment.

Respectfully submitted on May 9th, 2024.

s/ *Theresa Wardon Benz*

Jacqueline V. Roeder
Theresa Wardon Benz
Kylie L. Ngu
Davis Graham & Stubbs LLP
1550 17th St., Suite 500
Denver, CO 80202
Tel.: (303) 892-9400
jackie.roeder@dgslaw.com
theresa.benz@dgslaw.com
kylie.ngu@dgslaw.com

*In cooperation with the ACLU*
*Foundation of Colorado*

Timothy R. Macdonald
Sara R. Neel
Anna I. Kurtz
Mark Silverstein
Laura Moraff
American Civil Liberties Union
Foundation of Colorado
303 E. 17th Ave., Suite 350,
Denver, CO 80203
Tel.: (720) 402-3151
tmacdonald@aclu-co.org
sneel@aclu-co.org
akurtz@aclu-co.org
msilverstein@aclu-co.org
lmoraff@aclu-co.org

*Attorneys for Plaintiffs*

1

**CERTIFICATION REGARDING THE USE OF A.I.**

No portion of this filing was drafted by artificial intelligence.

## CERTIFICATE OF SERVICE

I certify that May 8th, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all parties and counsel of record:

Anne H. Turner
*Attorney for Defendant City of Colorado Springs and*
*Defendants Steckler, Otero, and Ditzler*

Thomas A. Isler
*Attorney for Defendants Daniel Summey, Federal*
*Bureau of Investigation, and the United States*

*s/ Brigid Bungum*